IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15–19–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JULIE ANNE LAMBERSON, | |
| Defendant. | |

Before the Court is the Government's Unopposed Motion for Government Counsel to Appear by Phone for Hearing. (Doc. 72.)

IT IS ORDERED that Motion (Doc. 72) is GRANTED. Counsel for the Government may appear at the upcoming revocation hearing by telephone.

DATED this 14th day of October, 2020.

Dana L. Christensen, District Judge
United States District Court